RECEIVED

JUL 15 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Simon

Civil Action No. 6:12-cv-01178

versus

Judge Richard T. Haik, Sr.

Longnecker Properties, Inc., et al

Magistrate Judge C. Michael Hill

### ORDER

Before the Court is Defendants, Anadarko Petroleum Corporation ("Anadarko")

and Seacor Marine LLC's ("Seacor"), Motion For Summary Judgment to Dismiss

Plaintiff's Claims For Maintenance and Cure and Punitive Damages filed on September

18, 2014 [Rec. Doc. 218] as well as Defendant, Longnecker Properties, Inc.'s

("Longnecker"), Motion For Summary Judgment filed on April 1, 2014 [Rec. Doc. 235].

On November 3, 2014, Plaintiff filed a motion to continue the hearing on Anadarko and

Seacor's motion for 30 days, which was granted by the Court. *R. 233, 224.*  On

November 18, 2014, Plaintiff filed a motion to continue the trial date and pretrial

deadlines based on Plaintiff's counsel's medical condition. *R. 230, 231.*  The Court

granted the motion and deferred ruling on Anadarko and Seacor's motion pending

Defendants' motion to reset same. *R. 234.*  On April 15, 2015, after Longnecker filed its

April 1, 2015 motion, Anadarko and Seacor moved the Court to continue the hearing date

in order to take the 30(b)(6) deposition of Longnecker—which the Court granted. *R. 235,*

*238.*

Ultimately, based on the foregoing history of this case and the fact that the

discovery and dispositive motion deadlines have been extended to August 18, 2015, *R.*

*232*, it is clear that the parties will find it necessary to supplement or refile their pending motions.  Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment filed by Anadark and Seacor [Rec. Doc. 218] and  the Motion for Summary Judgment filed by Longnecker [Rec. Doc. 235] are **DENIED AS MOOT** without prejudice to the parties to reassert their motions by the dispositive motion deadline if deemed appropriate.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 14th day of July, 2015.

RICHARD T. HAIK, SR
UNITED STATES DISTRICT JUDGE